UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ZHENTAO SUN,

        Petitioner,

        v.

KRISTI NOEM, et al.,

        Respondents.

No. 5:26-cv-00564-AH-AJR

ORDER APPROVING STIPULATION TO DISMISS CASE AS MOOT   [13]   ][JS-6]

      The Court, having reviewed the Stipulation to Dismiss Case as Moot (the "Stipulation") and good cause appearing, orders as follows:

/ / /

/ / /

/ / /

2

1. The Stipulation is approved.

2. This case is dismissed as moot.

Dated: MARCH 3, 2026

_____
Honorable ANNE HWANG
UNITED STATES DISTRICT JUDGE

3